Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Rosa E. Heredia

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Rosa E. Heredia,<br><br>                    Plaintiff,<br><br>v.<br><br>Cavalry Portfolio Services, LLC,<br><br>                    Defendant. | **Case No.: 3:16-cv-02995-DMS-AGS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. DANA M. SABRAW** |
|---|---|

   Plaintiff ROSA E. HEREDIA hereby move this Court to dismiss the above entitled action with prejudice.

   WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice.  This court retains jurisdiction for purposes of settlement.

Dated: January 24, 2017                           **HYDE & SWIGART**

                                                  By: s/Jessica R. K. Dorman
                                                  Jessica R. K. Dorman
                                                  *Attorney for Plaintiff*

---

NOTICE OF VOLUNTARY DISMISSAL        - 1 of 1 -        3:16-cv-02995-DMS-AGS